AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21−mj−00124 |
| MELODY STEELE-SMITH | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 1/19/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| Date of Birth: XXXXXXXX | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1752(a) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 USC 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Jonathan Fugitt, Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/19/2021__

2021.01.19 19:16:01 -05'00'

Judge's signature

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE
Printed name and title

City and state: __Washington D.C.__