AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| MELODY STEELE-SMITH | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MELODY STEELE-SMITH ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1752(a) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 USC 5104(e)(2) Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/19/2021

2021.01.19 19:15:18 -05'00'

*Issuing officer's signature*
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Washington D.C.

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1-20-2021
at *(city and state)* Gloucester, VA

Date: 1-20-2021

FBI Arrest
*Arresting officer's signature*

*Printed name and title*